# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON EUGENE MINCY, | : | Case No. 1:20-cv-822 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| HAMILTON COUNTY JUSTICE CENTER, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court upon Plaintiff's Motion to Serve Defendants (Doc. #55). On June 17, 2022, the undersigned ordered the United States Marshal to make service of process under Fed. R. Civ. P. 4(c)(3). (Doc. #53). However, there is no indication in the record that service was issued. Accordingly, Plaintiff's Motion to Serve Defendants (Doc. #55) is **GRANTED**, and it is hereby **ORDERED** that the United States Marshal shall serve a copy of the Amended Complaint (Doc. #51), summons, and this Order upon Defendants as directed by Plaintiff. All costs of service shall be advanced by the United States.

**IT IS SO ORDERED.**

October 6, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge