# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON EUGENE MINCY, | : | Case No. 1:20-cv-822 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| HAMILTON COUNTY JUSTICE CENTER, *et al.*, | : | |
| Defendants. | : | |

## CALENDAR ORDER

This matter shall proceed as follows:

1. Motions to Amend the Pleadings And/or Add Additional Parties: **June 30, 2023**

2. Discovery Deadline: **October 31, 2023**

3. Dispositive Motion Deadline: **November 30, 2023**

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

**IT IS SO ORDERED.**

May 11, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge