# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON EUGENE MINCY, | : | Case No. 1:20-cv-822 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| HAMILTON COUNTY JUSTICE CENTER, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants Kevin Wade, Shenessa Murrell, and Steven Tannreuther filed a Motion for Summary Judgment on February 28, 2024. (Doc. #94). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **March 25, 2024**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendants' Motion for Summary Judgment may be granted and your case dismissed.

February 29, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge