# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON EUGENE MINCY, | : | Case No. 1:20-cv-822 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| HAMILTON COUNTY JUSTICE CENTER, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This case is currently before the Court upon Plaintiff Jason Eugene Mincy's motions requesting service by the Marshal (Doc. #s 90, 97). Plaintiff requests that the Court direct the United States Marshal to serve the attached subpoena (Doc. #90, *PageID* #s 533-35) on non-party Hamilton County Sheriff Charmaine McGuffey. (Doc. #s 90, 97).

Plaintiff's Motion Requesting Service by the Marshal (Doc. #90) is hereby **GRANTED.** The United States Marshal is **DIRECTED** to serve Plaintiff's Subpoena (Doc. #90, *PageID* #s 533-35) on Hamilton County Sheriff Charmaine McGuffey. The costs of service shall be advanced by the United States.

Plaintiff's second Motion Requesting Service by the Marshal (Doc. #97) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

July 25, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge