UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JASON EUGENE MINCY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HAMILTON COUNTY JUSTICE CENTER, et al.,<br><br>　　Defendants. | Case No. 1:20-cv-822<br><br>Judge Michael R. Barrett<br><br><br>**ORDER** |

This matter is before the Court on the Magistrate Judge's Report & Recommendation ("R&R") of July 29, 2024. (Doc. 101). Proper notice has been afforded to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that a failure to object could forfeit rights on appeal. No objections have been filed, and the time to do so has expired.

Accordingly, the R&R is hereby **ADOPTED**. Consistent with the recommendations of the Magistrate Judge, Defendants' motion for summary judgment, (Doc. 94), is **DENIED without prejudice**, subject to renewal as described in the R&R.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 */s/ Michael R. Barrett*
　　　　　　　　　　　　　　　　　　　　　　Michael R. Barrett
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1