UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jason Eugene Mincy,

    Plaintiff,

        v.                                  Case No.   1:20cv822

Hamilton County Justice Center, et al.

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 14, 2025 (Doc. 125).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 125) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 125) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendants Kevin Wade, Shenessa Murrell, and Steven Tannreuther's Motion for Summary Judgment (Doc. 94) is **GRANTED;** Plaintiff's claim against Nurse Jane Doe is **DISMISSED** without prejudice**;** Plaintiff's Request to Stay the Proceedings (Doc. 116) is **DENIED**; and this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

       *s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court